[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-12715
Non-Argument Calendar

_____

D.C. Docket No.  3:12-cr-00004-DHB-WLB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRYON J. NORRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(April 9, 2014)

Before HULL, WILSON and FAY, Circuit Judges.

PER CURIAM:

Thomas A. Peterson IV, appointed counsel for Terryon J. Norris in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Norris's conviction and sentence are **AFFIRMED**.